THOMAS J. WALCZYK *v.* BARBERINO REALTY AND DEVELOPMENT CORPORATION ET AL.
(AC 17055)

Foti, Hennessy and Stoughton, Js.

Submitted on briefs March 18—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

LARONE HINES *v.* COMMISSIONER OF CORRECTION
(AC 17314)

O'Connell, C. J., and Lavery and Landau, Js.

Argued March 19—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

MARY J. SCRIVANI *v.* PETER SCRIVANI
(AC 17149)

Foti, Landau and Sullivan, Js.

Submitted on briefs March 5—officially released April 14, 1998

Per Curiam. The judgment is affirmed.